IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO HERNANDEZ,<br><br>      Petitioner,<br>v.<br><br>D. RUNNELS, Warden,<br><br>      Respondent. | No. C 03-4267 SBA<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR A CERTIFICATE OF APPEALABILITY**<br><br>(Docket No. 20) |

    Petitioner, a State prisoner, has filed a request for a certificate of appealability (hereinafter "COA") pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b).

    Petitioner's request for a COA (docket no. 20) is denied because Petitioner has not made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court denied the instant habeas petition after careful consideration of the merits. The Court found no violation of Petitioner's federal constitutional rights in the underlying state court proceedings. Petitioner has not demonstrated that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

    For the foregoing reasons, the Court DENIES Petitioner's request for a COA (docket no. 20). The Clerk of the Court shall forward to the Ninth Circuit Court of Appeals the case file with this Order. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

    This Order terminates Docket No. 20.

    IT IS SO ORDERED.

DATED: July 25, 2006

                                         *Saundra B Armstrong*
                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge